IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE: Debtor(s)　　　　　　　　　　　　　　　　　　　　Case Number: 18-13212

　　　MARC C DALY

# CERTIFICATE OF SERVICE

**AND NOW,** comes <u>Jenean Tucker</u>, from the office of Kenneth E. West, Esquire Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A.　by electronic service only:

　　Creditor
　　　　SN SERVICING CORPORATION
　　　　323 FIFTH ST

　　　　EUREKA　　　　　　　　　CA　　95501-

　　Debtor's Attorney
　　　　MICHAEL A. CIBIK, ESQ.
　　　　1500 WALNUT STREET
　　　　SUITE 900
　　　　PHILADELPHIA　　　　　PA　　19102-

B.　at the address(es) listed below by first class mail, postage prepaid:　Debtor

　　　　MARC C DALY
　　　　7547 BATTERSBY STREET

　　　　PHILADELPHIA　　　PA　　19152

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ <u>Jenean Tucker</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of Kenneth E. West
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee