United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 18-13212-mdc
Marc C. Daly | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Nov 22, 2023      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc C. Daly, 7547 Battersby Street, Philadelphia, PA 19152-4532 |
| 14110874 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14110877 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14110879 | + | State of NJ, Dept. of Labor, PO Box 952, Trenton, NJ 08625-0952 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14110868 | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14110869 | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14223764 | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14110866 | + | Email/Text: ecf@ccpclaw.com | Nov 23 2023 00:22:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14110870 | + | Email/Text: bankruptcy@philapark.org | Nov 23 2023 00:22:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14110871 | | Email/Text: bankruptcycourts@equifax.com | Nov 23 2023 00:22:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14110872 | ^ | MEBN | Nov 23 2023 00:19:32 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14110873 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2023 00:22:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14166331 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2023 00:31:10 | LVNV Funding, LLC its successors and assigns as, assignee of Bank One, Delaware, NA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14165198 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2023 00:31:10 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14110876 | ^ | MEBN | | |

Case 18-13212-mdc    Doc 150    Filed 11/24/23    Entered 11/25/23 00:33:46    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 23 2023 00:19:37 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14110875 | | Email/Text: bankruptcygroup@peco-energy.com | Nov 23 2023 00:22:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14110878 | + | Email/Text: bankruptcy@philapark.org | Nov 23 2023 00:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14110880 | ^ | MEBN | Nov 23 2023 00:19:38 | Stern and Eisenberg, LLP, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14110881 | | Email/Text: DASPUBREC@transunion.com | Nov 23 2023 00:22:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14569377 | ^ | MEBN | Nov 23 2023 00:19:33 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14115767 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2023 00:31:05 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14110882 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2023 00:31:05 | Wells Fargo Home Mor, Attn: Bankruptcy, MAC X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |
| 14448708 | ^ | MEBN | Nov 23 2023 00:19:40 | Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14110867 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JODI L. HAUSE | on behalf of Creditor WELLS FARGO BANK  N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com |

District/off: 0313-2 — User: admin — Page 3 of 3
Date Rcvd: Nov 22, 2023 — Form ID: 138OBJ — Total Noticed: 25

| | |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marc C. Daly mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email |
| MICHAEL I. ASSAD | on behalf of Debtor Marc C. Daly mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marc C. Daly

        Debtor(s)

Case No: 18−13212−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/23

149 − 148
Form 138OBJ